# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Travis Bourda
Louisiana State Prison DOC No. 387150
Camp D Falcon 2
Angola, LA 70712

**REHEARING ACTION: September 7, 2011**

**Docket Number: 10   01553-KA**

**STATE OF LOUISIANA**
**VERSUS**
**TRAVIS BOURDA**

**Appealed from Lafayette Parish Case No. CR125729**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Billy Howard Ezell**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Travis Bourda** has this day been

> **DENIED.**

cc: Allan P. Haney, Counsel for the Appellant
    Michael Harson, Counsel for the Appellant